**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

RICKEY SPIVEY,

                Plaintiff,

-vs-                                                        Case No. 2:10-cv-213-FtM-29SPC

SOCIAL SECURITY ADMINISTRATION,

                Defendant.
_____/

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

      This matter comes before the Court on Petitioner Rickey Spivey's Petition for Writ of Mandamus (Doc. #1) filed on April 5, 2010. Also before the Court is Spivey's Motion for Leave to Proceed *In Forma Pauperis* (Doc. #7) filed on June 18, 2010. On October 18, 2010, this Court deferred ruling on the Motion to Proceed *In Forma Pauperis*, finding that the Petition to explain the facts and circumstances surrounding the denial of Petitioner's request for a social security card. (Doc. #9). The Court gave Petitioner until November 18, 2010 to file an amended petition in compliance with the Court's instructions in its Order. The Court warned Petitioner that failure to do so could result in Plaintiff's Petition being dismissed.

      To date, Petitioner has failed to file an amended petition. Therefore, this Court respectfully recommends that Petitioner's Writ of Mandamus and Motion for Leave to Proceed *In Forma Pauperis* be denied as the Writ lacks a basis in law or fact.

      Accordingly, it is now

      **RECOMMENDED:**

Petition for Writ of Mandamus (Doc. #1) is **DENIED**.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended at Fort Myers, Florida, this <u>29th</u> day of November, 2010.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record